IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| L.A.A.C., | * |
|     Petitioner, | * |
| vs. | * |
| PAM BONDI, *et al.*, | *   CASE NO. 4:25-cv-147-CDL-ALS |
|     Respondents. | * |
| | * |

O R D E R

The Magistrate Judge issued a recommendation on May 6, 2025, recommending that Petitioner's petition be dismissed because it was filed prior to the expiration of six months after the order of removal became final. Petitioner objects to the Magistrate Judge's recommendation, which the Court now reviews *de novo*. Based upon that review, the Court finds that Petitioner filed his petition before six months expired from the date of the final removal order. Accordingly, his petition is dismissed without prejudice. The Court has considered Petitioner's objections, and they do not alter the Court's conclusion that the petition must be dismissed because it was filed prematurely. The Magistrate Judge's ultimate recommendation that this action be dismissed is adopted. Even if the Magistrate Judge miscalculated the six-month period, the Petition was nevertheless filed prior to the expiration of the six

month period determined to be presumptively appropriate in binding precedent.  See *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (holding that six months is a presumptively reasonable time to detain an alien awaiting removal).  To the extent that Petitioner contends that his 5th Amendment rights were violated based on the baseless allegation that the immigration law judge was not a neutral decisionmaker, that claim is found to be without any evidentiary or legal support.

    IT IS SO ORDERED, this 27th day of May, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA